

NEW YORK:

45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
Gootnick.H@wssllp.com

November 19, 2020

**VIA ECF**

Honorable Michael J. Roemer
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

      Re:    Matter:    Deborah Laufer v. Jamestown Hotel LLC
                  Docket No.  1:20-cv-00367-LJV-MJR
                  <u>Our File No. 7710-25944</u>

Dear Judge Roemer:

      Our firm represents Defendant Jamestown Hotel LLC (the "Defendant") in the above-referenced matter.

      We write to bring to the Court's attention the Decision and Order of the Honorable Brenda K. Sannes, United States District Court Judge for the Northern District of New York, which was entered on CM/ECF today (the "11/19/20" Order"). A true and correct copy of the 11/19/20 Order is attached hereto as Exhibit "A".

      Defendant respectfully requests that this Court consider the 11/19/20 Order when deciding Defendant's motion to dismiss in the instant action. Through the 11/19/20 Order, Judge Sannes dismissed all of Deborah Laufer's cases that were still pending in the Northern District of New York. We note that all of the dismissed complaints were nearly identical to the complaint in the instant action, and that Judge Sannes dismissed these actions for lack of standing, which is also one of the bases upon which we seek to dismiss Plaintiff's complaint in this action.

      Rather than summarizing Judge Sannes' well-reasoned decision and order, we attach it as an exhibit to this correspondence for the Court's consideration.

Honorable Michael J. Roemer
November 19, 2020
Page 2 of 2

    Thank you for your consideration of our request.

Very truly yours,

*/s/  Heidi M. Gootnick*

Heidi M. Gootnick

cc: All Counsel of Record (via ECF)

Winget | Spadafora | Schwartzberg | LLP